IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-rj-00002-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER J. HEINY,

    Defendant.

## ORDER GRANTING MOTION TO AMEND CAPTION

IT IS HEREBY ORDERED that the Motion to Amend Caption (*doc. no. 3*) is **GRANTED**. The caption in the above case shall be amended to substitute the United States of America as plaintiff, in place of Student Loan Marketing Association.

IT IS FURTHER ORDERED that in light of the Notice of Satisfaction of Judgment (*doc. no. 4*) this civil action is CLOSED.

DATED at Denver, Colorado, this 22nd day of June, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge